**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Secord, | No. CV-18-03142-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Marketo Incorporated, | |
| Defendant. | |

The Court finds it would be beneficial to schedule this matter for oral argument on the pending Motion for Summary Judgment, (Doc. 60), and Cross Motion for Partial Summary Judgment, (Doc. 71). The parties should be prepared to discuss:

1. How the language of A.R.S. § 23-1501(B) bears on Plaintiff's ability to seek relief for whistleblower retaliation under AEPA, given that Arizona statutes provide a separate remedy for an employer's failure to pay wages due. The parties should review *Reel Precision, Inc. v. FedEx Ground Pkg. Sys.*, No. CV-15-02660-PHX-NVW, 2016 U.S. Dist. LEXIS 106404, at *17 (D. Ariz. Aug. 8, 2016), and discuss whether the Court should follow that order.

2. Why, given the definition of "Booking" in Section C of the VICP, Section E of the VICP does not limit bookings eligible for quota retirement to "net new business" and "cross-sales."

*/ / /*

**IT IS HEREBY ORDERED** that this matter is set for Oral Argument on Friday, **February 21, 2020** at **2:30pm** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003-2151. Each party shall have 20 minutes to argue its position.

Dated this 27th day of January, 2020.

_____
G. Murray Snow
Chief United States District Judge